UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-62307-COHN/VALLE

**VICTOR ARIZA**,

    Plaintiff,

vs.

**BENTO PINES, LLC, d/b/a BENTO ASIAN KITCHEN + SUSHI, a Florida limited liability company**,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant BENTO PINES, LLC, d/b/a BENTO ASIAN KITCHEN + SUSHI, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  April 21, 2025.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| By: *s/ Roderick V. Hannah* | By: *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**TODD W. SHULBY, P.A.**
Counsel for Defendant
1792 Bell Tower Lane
Weston, Florida 33326
T. 954/530-2236
954/530-6628 (Facsimile)
E-mail: tshulby@shulbylaw.com

By: /s/Todd W. Shulby._____
         TODD W. SHULBY
         Fla. Bar No.: 068365